UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Michael P. Landolfi       : Chapter 13
      Debtors
                                   : Bky. No. 17-13599-mdc

## SUPPLEMENTAL CERTIFICATION AS TO EXPENSES

Michael Landolfi hereby certified to the trustee as follows regarding his entertainment expenses:

1. $200 eating out for entire family of five, 2 or 3 times a month

2. $100 movies a month for entire family.

3. $200 school and other activities and events for three children.

I hereby certify the foregoing to be true and correct to the best of my knowledge information and belief.

                                                                              **s/ Michael Landolfi**
                                                                               debtor
                                                                               337 W State Street
                                                                               Media, PA 19063-2615
                                                                               (610) 565-6660
                                                                               Fax: (610) 565-6660