UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Michael P. Landolfi              : Chapter 13
     Debtors

                             : Bky. No. 17-13599-mdc

**CERTIFICATION OF NO OBJECTION AS
TO APPLICATION FOR COMPENSATION**

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from the date of the Application for Attorney Compensation, and that no creditor nor any other party in interest has served upon counsel for debtor an answer, objection, responsive pleading, or request for hearing.

                                                      **s/ Lawrence S. Rubin, Esquire**
                                                      Lawrence S. Rubin, Esquire
                                                      Attorney for the debtors
                                                      337 W State Street
                                                      Media, PA 19063-2615
                                                      (610) 565-6660
                                                      Fax: (610) 565-6660

Dated: May 10, 2018