Certificate Number: 17082-PAE-DE-036465226

Bankruptcy Case Number: 17-13599



17082-PAE-DE-036465226

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 10, 2022, at 5:40 o'clock PM MST, MICHAEL P LANDOLFI completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 10, 2022

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director