United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael P Landolfi  
     Debtor

Case No. 17-13599-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 21, 2022      Form ID: 138OBJ      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michael P Landolfi, 1020 Lindale Avenue, Drexel Hill, PA 19026-3309 |
| 13922802 | | Joseph Barilotti, Warrior Rd, Drexel Hill , PA 19026 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 21 2022 23:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2022 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13969026 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 21 2022 23:30:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13922787 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 21 2022 23:30:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 13922788 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 21 2022 23:30:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 13922790 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 21 2022 23:41:24 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13922791 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2022 23:41:32 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 13922789 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 21 2022 23:41:25 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 13961722 | | Email/PDF: bncnotices@becket-lee.com | Sep 21 2022 23:41:24 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13979175 | + | Email/Text: bnc@bass-associates.com | Sep 21 2022 23:30:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 13990191 | | Email/Text: bnc-quantum@quantum3group.com | Sep 21 2022 23:30:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 13922794 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 21 2022 23:30:00 | Comenitycapital/modell, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 13922795 | + | Email/Text: BKPT@cfna.com | Sep 21 2022 23:30:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 13967822 | | Email/Text: BKPT@cfna.com | | |

Case 17-13599-mdc   Doc 62   Filed 09/23/22   Entered 09/24/22 00:30:41   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: 138OBJ | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 21 2022 23:30:00 | Credit First NA, BK13 - Recovery Services, PO Box 818011, Cleveland, OH 44181-8011 |
| 13922796 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2022 23:41:26 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 13922797 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2022 23:41:26 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 13922792 | | Email/Text: BNSFS@capitalsvcs.com | Sep 21 2022 23:30:00 | Ccs/first Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 13922798 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 21 2022 23:41:30 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 13922799 | ^ | MEBN | Sep 21 2022 23:29:06 | Fsb Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 13922800 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2022 23:41:26 | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13922801 | | Email/Text: Bankruptcy@ICSystem.com | Sep 21 2022 23:30:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164 |
| 13922793 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 21 2022 23:41:19 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13922803 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 21 2022 23:30:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13951089 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2022 23:41:26 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13984142 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 21 2022 23:30:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13922804 | + | Email/Text: bankruptcynotices@psecu.com | Sep 21 2022 23:30:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 13985150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2022 23:41:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13923642 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 21 2022 23:41:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13953291 | + | Email/Text: bankruptcynotices@psecu.com | Sep 21 2022 23:30:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 13922805 | + | Email/Text: bankruptcynotices@psecu.com | Sep 21 2022 23:30:00 | Pa Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 13980415 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 21 2022 23:30:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13979324 | | Email/Text: bnc-quantum@quantum3group.com | Sep 21 2022 23:30:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13922807 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 21 2022 23:41:31 | Syncb/bp, Po Box 965024, Orlando, FL 32896-5024 |
| 13922808 | | Email/PDF: gecsedi@recoverycorp.com | Sep 21 2022 23:41:19 | Syncb/walmart, Po Box 965024, El Paso, TX 79998 |
| 13922810 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 21 2022 23:30:00 | Toyota Motor Credit Co, 19001 S Western Ave, Torrance, CA 90501 |
| 13922809 | + | Email/Text: bncmail@w-legal.com | Sep 21 2022 23:30:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 13979155 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 21 2022 23:30:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13958704 | | Email/PDF: ebn_ais@aisinfo.com | | |

| | | | |
|---|---|---|---|
| | | Sep 21 2022 23:41:21 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13922811 | + Email/Text: bnc-bluestem@quantum3group.com | Sep 21 2022 23:30:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13922806 | | Sheila Campbell-Landolfi |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Michael P Landolfi echo@pennlawyer.com foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Michael P Landolfi
      Debtor(s)

Case No: 17−13599−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/21/22

59 − 55
Form 138OBJ